B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)  Case Number **14–38693**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/24/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Florestela Saucedo
15140 Willow Lane
Oak Forest, IL 60452

| | |
|---|---|
| Case Number:   14–38693<br>Office Code:   1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–2103 |
| Attorney for Debtor(s) (name and address):<br>Nathan C Volheim<br>Sulaiman Law Group, LTD<br>900 Jorie Blvd<br>Suite 150<br>Oak Brook, IL 60523<br>Telephone number:  630–575–8181 | Bankruptcy Trustee (name and address):<br>Catherine L. Steege ESQ<br>Jenner & Block<br>353 N. Clark Street<br>Chicago, IL 60654<br>Telephone number:  312–222–9350 |

## Meeting of Creditors:
Date: **December 10, 2014**                                           Time: **12:30 PM**

Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 2/9/15**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:  1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open:  Monday – Friday 8:30 AM –4:30 PM | Date:  October 27, 2014 |

**EXPLANATIONS**  B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br><br>***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-38693-PSH
Florestela Saucedo                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: kkrystave              Page 1 of 2              Date Rcvd: Oct 27, 2014
                              Form ID: b9a                 Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2014.
db            +Florestela Saucedo,    15140 Willow Lane,    Oak Forest, IL 60452-1542
22559331     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot,    Po Box 688966,    Des Moines, IA 50368-8966)
22559316      +Capital One,    N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
22559317      +Carmax Auto Finance,    Attn: Bankruptcy,    Po Box 440609,    Kennesaw, GA 30160-9511
22559321      +Cook County Assesor's Office,    118 N. Clark Street,    Chicago, IL 60602-1304
22559322      +Cook County Clerk,    118 N. Clark Street,    Chicago, IL 60602-1394
22559323      +Cook County Clerk,    69 W. Washington, Suite 500,    Chicago, IL 60602-3030
22559325      +Department of Education,    FedLoan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
22559324      +Department of Education,    11100 Usa Parkway,    Fishers, IN 46037-9203
22559328       Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22559329      +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22559332      +Home Depot,    700 Broadway Village Square,    Broadview, IL 60155-4886
22559333      +Little Company of Mary Hospital,    2800 W. 95th Street,    Evergreen Park, IL 60805-2795
22559334     ++TCF MORTGAGE CORPORATION,    801 MARQUETTE AVE,    ATTN BANKRUPTCY DEPARTMENT,
                MAIL CODE 001-04-R,    MINNEAPOLIS MN 55402-2807
               (address filed with court: TCF Mortgage Corporation,    Attn: Legal Department,
                801 Marquette Avenue,    Minneapolis, MN 55402)
22559335      +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
22559336      +Tri Angle Credit Union,    2875 Culver Avenue,    Kettering, OH 45429-3796
22559338      +US Department of Education,    Potomac Center Plaza (PCP),    550 12th Street, SW,
                Washington, DC 20202-0031
22559337      +US Department of Education,    400 Maryland Avenue, SW,    Washington, DC 20202-0001
22559339      +US Department of Education,    Capitol Place,    555 New Jersey Ave, NW,
                Washington, DC 20208-0003
22559340      +US Department of Education,    PO Box 16448,    Saint Paul, MN 55116-0448
22559341      +Yvette Saucedo,    15140 Willow Lane,    Oak Forest, IL 60452-1542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: courtinfo@sulaimanlaw.com Oct 28 2014 01:14:17      Nathan C Volheim,
                Sulaiman Law Group, LTD,    900 Jorie Blvd,    Suite 150,    Oak Brook, IL   60523
tr            +EDI: QCLSTEEGE.COM Oct 28 2014 00:43:00      Catherine L. Steege, ESQ,    Jenner & Block,
                353 N. Clark Street,    Chicago, IL 60654-5474
22559314      +EDI: BECKLEE.COM Oct 28 2014 00:43:00      American Express,    Po Box 3001,
                16 General Warren Boulevard,    Malvern, PA 19355-1245
22559315      +EDI: BANKAMER2.COM Oct 28 2014 00:43:00      Bank Of America, N.A. *,    401 N. Tryon Street,
                NC1-021-02-20,    Charlotte, NC 28255-0001
22559318       EDI: CITICORP.COM Oct 28 2014 00:43:00      Citibank USA,    Citicorp Credit Services,
                Po Box 20507,    Kansas City, MO 64195
22559320      +EDI: WFNNB.COM Oct 28 2014 00:43:00      Comenity Bank,    4590 E Broad Street,
                Columbus, OH 43213-1301
22559319      +EDI: WFNNB.COM Oct 28 2014 00:43:00      Comenity Bank,    3100 Easton Square Place,
                Columbus, OH 43219-6232
22559327      +EDI: TSYS2.COM Oct 28 2014 00:43:00      DSNB Macy's,    PO Box 8066,    Mason, OH 45040-8066
22559326      +E-mail/Text: electronicbkydocs@nelnet.net Oct 28 2014 01:16:03      Department of Education,
                121 S. 13th Street,    Lincoln, NE 68508-1904
22559330      +EDI: RMSC.COM Oct 28 2014 00:43:00      GE Credit Retail Bank,    Attention: Bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2014                                  Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: kkrystave              Page 2 of 2              Date Rcvd: Oct 27, 2014
                              Form ID: b9a                 Total Noticed: 31
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2014 at the address(es) listed below:
              Catherine L. Steege, ESQ    csteege@jenner.com,   csteege@ecf.epiqsystems.com
              Nathan C Volheim    on behalf of Debtor Florestela   Saucedo courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```