B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14–38693**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Florestela Saucedo
   15140 Willow Lane
   Oak Forest, IL 60452

Social Security / Individual Taxpayer ID No.:
   xxx–xx–2103

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: February 10, 2015                   Jeffrey P. Allsteadt, Clerk
                                                  United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                         Case No. 14-38693-PSH
Florestela Saucedo                                             Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: admin              Page 1 of 2            Date Rcvd: Feb 10, 2015
                               Form ID: b18             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2015.
db            +Florestela Saucedo,    15140 Willow Lane,    Oak Forest, IL 60452-1542
22559331     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot,    Po Box 688966,    Des Moines, IA 50368-8966)
22559316      +Capital One,   N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
22559317      +Carmax Auto Finance,    Attn: Bankruptcy,   Po Box 440609,    Kennesaw, GA 30160-9511
22559321      +Cook County Assesor's Office,    118 N. Clark Street,   Chicago, IL 60602-1304
22559323      +Cook County Clerk,    69 W. Washington, Suite 500,   Chicago, IL 60602-3030
22559325      +Department of Education,    FedLoan Servicing,   PO Box 530210,    Atlanta, GA 30353-0210
22559324      +Department of Education,    11100 Usa Parkway,   Fishers, IN 46037-9203
22559328       Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22559329      +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22559332      +Home Depot,   700 Broadway Village Square,    Broadview, IL 60155-4886
22559333      +Little Company of Mary Hospital,    2800 W. 95th Street,    Evergreen Park, IL 60805-2795
22559334     ++TCF MORTGAGE CORPORATION,    801 MARQUETTE AVE,   ATTN BANKRUPTCY DEPARTMENT,
                MAIL CODE 001-04-R,    MINNEAPOLIS MN 55402-2807
               (address filed with court: TCF Mortgage Corporation,    Attn: Legal Department,
                801 Marquette Avenue,    Minneapolis, MN 55402)
22559335      +Trans Union LLC,    1561 E. Orangethorpe Avenue,   Fullerton, CA 92831-5210
22559336      +Tri Angle Credit Union,    2875 Culver Avenue,   Kettering, OH 45429-3796
22559337      +US Department of Education,    400 Maryland Avenue, SW,    Washington, DC 20202-0001
22559340      +US Department of Education,    PO Box 16448,   Saint Paul, MN 55116-0448
22559339      +US Department of Education,    Capitol Place,   555 New Jersey Ave, NW,
                Washington, DC 20208-0003
22559338      +US Department of Education,    Potomac Center Plaza (PCP),    550 12th Street, SW,
                Washington, DC 20202-0031
22559341      +Yvette Saucedo,   15140 Willow Lane,    Oak Forest, IL 60452-1542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QCLSTEEGE.COM Feb 11 2015 01:29:00      Catherine L. Steege, ESQ,   Jenner & Block,
                353 N. Clark Street,    Chicago, IL 60654-5474
22559314      +EDI: BECKLEE.COM Feb 11 2015 01:28:00      American Express,   Po Box 3001,
                16 General Warren Boulevard,    Malvern, PA 19355-1245
22559315      +EDI: BANKAMER2.COM Feb 11 2015 01:28:00      Bank Of America, N.A. *,   401 N. Tryon Street,
                NC1-021-02-20,   Charlotte, NC 28255-0001
22559318       EDI: CITICORP.COM Feb 11 2015 01:28:00      Citibank USA,   Citicorp Credit Services,
                Po Box 20507,   Kansas City, MO 64195
22559320      +EDI: WFNNB.COM Feb 11 2015 01:28:00      Comenity Bank,   4590 E Broad Street,
                Columbus, OH 43213-1301
22559319      +EDI: WFNNB.COM Feb 11 2015 01:28:00      Comenity Bank,   3100 Easton Square Place,
                Columbus, OH 43219-6232
22559322      +E-mail/Text: rod.support@cookcountyil.gov Feb 11 2015 01:45:18      Cook County Clerk,
                118 N. Clark Street,    Chicago, IL 60602-1394
22559327      +EDI: TSYS2.COM Feb 11 2015 01:28:00      DSNB Macy's,   PO Box 8066,   Mason, OH 45040-8066
22559326      +E-mail/Text: electronicbkydocs@nelnet.net Feb 11 2015 01:43:48      Department of Education,
                121 S. 13th Street,    Lincoln, NE 68508-1904
22559330      +EDI: RMSC.COM Feb 11 2015 01:28:00      GE Credit Retail Bank,   Attention: Bankruptcy,
                Po Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: admin                Page 2 of 2                Date Rcvd: Feb 10, 2015
                               Form ID: b18               Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2015 at the address(es) listed below:
          Catherine L. Steege, ESQ    csteege@jenner.com,    csteege@ecf.epiqsystems.com
          Nathan C Volheim    on behalf of Debtor Florestela  Saucedo courtinfo@sulaimanlaw.com,
          nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
          ;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                 TOTAL: 3